# Transfer of Jurisdiction

| | |
|---|---|
| Case Number (Trans. Court) | 4:02-CR-206-Y(01) |
| Case Number (Rec. Court) | 214CR-00214-FMO |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| Kerry Nelson Plonas | Northern District of Texas | Fort Worth |

**Name of Sentencing Judge:** Senior U.S. District Judge Terry R. Means

**Dates Of Probation/Supervised Release:** From 12/16/2013 To 12/15/2016

**Offense:** 18 USC § 2251(a), Sexual Exploitation of a Child

FILED
CLERK, U.S. DISTRICT COURT
APR 15 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas, Fort Worth Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Central District of California, Los Angeles Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: 2-25-14

Senior U.S. District Judge: Terry R. Means

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Central District of California, Los Angeles Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 4/11/14

U.S. District Judge: George H. King, Chief U. S. District Judge