

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

April 18, 2014

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Clerk, United District Court
Northern District of Texas
501 West Tenth Street, Room 310
Fort Worth, TX 76102

Re: Transfer of Jurisdiction of Probation

    Your Case No. 4:02-CR-00206-Y (01)

    Assigned Our Case No. 2:14-CR-00214-FMO

    Case Title: USA v. Kerry Nelson Plonas

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge  George H. King.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above.  Please include this case number in all future correspondence.

                Sincerely,

                Clerk, U.S. District Court

                By /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
                     Deputy Clerk

cc:  Probation Office, Los Angeles
     Probation Office, District of Origin